Case 4:08-cr-00113-RAS-DDB Document 1 Filed 05/15/08 Page 1 of 3 PageID #: 1

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAY 15 2008

DAVID J. MALAND, CLERK

DEPUTY _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | FILED UNDER SEAL |
| | § | |
| VS. | § | |
| | § | Cause No. 4:08cr113 |
| JOSE RODRIGUEZ TREJO (1) | § | Judge Schell |
| SAMUEL RODRIGUEZ TREJO (2) | § | |
| BRANDI LYNN MCRIGHT (3) | § | |
| a.k.a. "Brandi Walker" | § | |
| CHRISTINA MARIE CASTILLO (4) | § | |
| BENJAMIN JORDAN BROWN (5) | § | |
| JEFFREY DAVID SMITH (6) | § | |

## INDICTMENT

The United States Grand Jury charges:

### COUNT ONE

> Violations: 21 U.S.C. Section 846
> (Conspiracy to Manufacture, Distribute, or
> Possess with Intent to Manufacture, Distribute a
> Controlled Substance and 18 U.S.C. Section 2
> Aiding and Abetting)

That from in or about 2001, the exact date unknown to the Grand Jury, and continuing thereafter up to and including the date of the filing of this Indictment, in the Eastern District of Texas and elsewhere,

JOSE RODRIGUEZ TREJO

SAMUEL RODRIGUEZ TREJO

BRANDI LYNN MCRIGHT
a.k.a. "Brandi Walker"

CHRISTINA MARIE CASTILLO

**BENJAMIN JORDAN BROWN**

**JEFFREY DAVID SMITH**

defendants herein, did knowingly and intentionally conspire and agree together with each other and with and with other persons known and unknown to the Grand Jury to manufacture or distribute or possess with intent to manufacture or distribute a controlled substance or controlled substances; to wit:

500 grams or more of a mixture or substance containing a detectable amount of methamphetamine; and/or,

less than 50 kilograms or more of a mixture or substance containing a detectable amount of marijuana,

in violation of Title 21, United States Code, Section 841 and Title 18, United States Code, Section 2.

All in violation of Title 21, United States Code, Section 846.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

REBECCA A. GREGORY
United States Attorney

_____
HEATHER HARRIS RATTAN
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | FILED UNDER SEAL |
| | § | |
| VS. | § | |
| | § | Cause No. 4:08cr |
| JOSE RODRIGUEZ TREJO (1) | § | Judge |
| SAMUEL RODRIGUEZ TREJO (2) | § | |
| BRANDI LYNN MCRIGHT (3) | § | |
| a.k.a. "Brandi Walker" | § | |
| CHRISTINA MARIE CASTILLO (4) | § | |
| BENJAMIN JORDAN BROWN (5) | § | |
| JEFFREY DAVID SMITH (6) | § | |

## NOTICE OF PENALTY

### Count One

VIOLATION: Title 21, United States Code, Section 846.

PENALTY: Imprisonment of not less than ten (10) years and not more than Life and/or a fine of not more than $4,000,000.00 and a term of supervised release of at least five (5) years.

MANDATORY ASSESSMENT: $100.00